UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RONALD RUEGG,

                Defendant.

**ORDER**

21 Cr. 120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Ronald Ruegg is scheduled for a Rule 11 proceeding this morning at 10:00. At some point yesterday evening, defense counsel submitted a letter under seal asserting that the Defendant's medical condition constitutes exceptional circumstances that would justify his continued release on bail. (June 15, 2021 Def. Ltr.) Discharge notes from a hospital stay were submitted in support of that request. The discharge notes are not adequate to document all of the circumstances discussed in defense counsel's letter. Medical records must be obtained and submitted documenting all of the claims made in counsel's letter. Defendant will submit the necessary medical records, and any further argument as to bail, by **June 21, 2021**. By **June 23, 2021**, the Government will submit any letter opposing the Defendant's continued release on bail.

    The change of plea hearing currently scheduled for June 16, 2021 is adjourned to **June 25, 2021 at 9:00 a.m.** With Defendant's consent, the hearing will proceed by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code. Two days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows

which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
      June 16, 2021

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge