UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

RONALD RUEGG,

              Defendant.

**ORDER**

21 Cr. 120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Ronald Ruegg will submit the necessary medical records, and any supplemental letter as to bail, by **June 28, 2021 at 12:00 p.m.** By **June 28, 2021 at 12:00 p.m.**, the Government will submit any letter opposing the Defendant's continued release on bail.

    The change of plea hearing currently scheduled for June 25, 2021 is adjourned to **July 2, 2021 at 10:00 a.m.** With Defendant's consent, the hearing will proceed by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code. Two days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       June 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge