UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>RONALD RUEGG,<br><br>                     Defendant. | **ORDER**<br><br>21 Cr. 120 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant will take place on **November 16, 2021 at 12:00 p.m.** Any submissions on behalf of the Defendant are due **October 26, 2021**, and any submission by the Government is due on **November 2, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated:  New York, New York
          July 2, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge