**Donald D. duBoulay**                                 305 Broadway, Suite 602
  Attorney at Law                                             New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Ronald Ruegg
      21 Cr. 120 (PGG)

Dear Judge Gardephe:

       I represent Ronald Ruegg in the above referenced matter. I write to request a modification of the bail conditions for Mr. Ruegg to allow him to travel Tucson Arizona to assist in the relocation of his elderly father from his home in Tucson, Arizona to a retirement facility in San Diego California. The move would allow Mr. Ruegg's father to reside close to family members in San Diego.

       If permitted Mr. Ruegg would travel by air to Tucson, AZ on September 28, 2021 and return to New York by air on October 8, 2021. Mr. Ruegg would reside with his father in Tucson for a few days to help with the preparation for the move. He would then travel with his father by car to San Diego. In San Diego, he would reside with at his brother's house while he settles his father into the retirement facility.

       Pretrial services and the government consent to this request.

                                                 Respectfully submitted,
                                                              /s/

                                                      Donald duBoulay
                                                      305 Broadway, Suite 602
                                                      New York, New York 10007
                                                      Attorney for Mr. Ruegg

cc: Ni Qian, Esq., AUSA
     Erin Cunningham, PTO