**Donald D. duBoulay**                                                    **305 Broadway, Suite 602**
  Attorney at Law                                                       New York, NY 10013

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

December 10, 2021

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley square
New York, New York 10007

       Re: United States v. Ronald Ruegg
           21 Cr. 120 (PGG)

Dear Judge Gardephe:

    I write at the direction of pre- trial services and my client Ronald Ruegg, to respectfully request that the Court order the pre-trial service office to release Mr. Ruegg's passports to him. Pre-trial services took possession of Mr. Ruegg's passports (2) when he was arraigned in this case, pending the disposition of the case. Mr. Ruegg was sentenced to time served and a term of supervised release of two years on December 8, 2021.

    If the court has any questions I may be reached at (212) 966-3970

                                        Respectfully submitted,

                                        /s/
                                        Donald D. duBoulay

cc: AUSA Ni Qian (via E-Mail)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 13, 2021